IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **VIRGINIA McCOWEN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL NO. 11-CV-00070-WDS |
| | ) |
| **MICHAEL J. ASTRUE, Commissioner of** | ) |
| **Social Security,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

**STIEHL, District Judge:**

Before the Court is the Report and Recommendation (Doc. 20) of United States Magistrate Judge Clifford J. Proud that this Court reverse the Commissioner's final decision and remand this case for rehearing and reconsideration of the evidence pursuant to sentence four (4) of 42 U.S.C. § 405(g). Judge Proud's Report and Recommendation (Doc. 20) included a notice that objections must be filed on or before October 11, 2011. To date, neither plaintiff nor defendant has filed any objections to the Report and Recommendation. Under 28 U.S.C. § 636(b), this Court, therefore, need not conduct *de novo* review. *Thomas v. Arn*, 474 U.S. 140, 149-52 (1985).

Upon review of the record, the Court **ADOPTS** the Report and Recommendation of Magistrate Judge Clifford J. Proud (Doc. 20), and it is **HEREBY ORDERED AND ADJUDGED** that the Commissioner's final decision denying Virginia McCowen's August, 2007, application for disability insurance benefits and supplemental security income is **REVERSED** and **REMANDED** for rehearing and reconsideration of the evidence pursuant to sentence four (4) of 42 U.S.C. § 405(g).

The Clerk of the Court is **DIRECTED** to enter judgment accordingly.  Each party shall bear its own costs.

**IT IS SO ORDERED.**

**DATE:**  October 18, 2011

                **/s/  WILLIAM D. STIEHL**
                  **DISTRICT JUDGE**